IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL FILED

JUN 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

THIN EDWARD SOU_____,

      Plaintiff,

v..

UNITED STATES OF AMERICA_____,

      Defendant.

CASE NO.  ) 03CR20110(RMW)

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, __THIN E. SOU_____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?              Yes _____  No XXX___

If your answer is "yes", state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____
Employer: _____

If the answer is "no", state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_____
_____
_____

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

6

a) Business, profession or
    self employment                                    Yes _____ No __XX__

b) Income from stocks, bonds,                          Yes _____ No __XX__
    or royalties?

c) Rent payments?                                      Yes _____ No __XX__

d) Pensions, annuities, or                             Yes _____ No __XX__
    life insurance payments?

e) Federal or State welfare payments,                  Yes _____ No __XX__
    Social Security or other government source?

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each. _____

_____

3. Are you married?                                    Yes _____ No __XX__

Spouse's Full Name: _____
Spouse's Place of Employment: _____
Spouse's Monthly Salary, Wages or Income:
Gross $ _____          Net $ _____

4. a) List amount you contribute to your spouse's support:
$ _____

   b) List the persons other than your spouse who are dependent upon you for support and
      indicate how much you contribute toward their support:

_____
_____

5. Do you own or are you buying a home?                Yes _____ No __XX__

Estimated Market Value: $ _____          Amount of Mortgage:$ _____

6. Do you own an automobile?                           Yes _____ No __XX__

Make: _____          Year: _____          Model: _____

Is it financed?        Yes _____   No _____   If so, Total due: $_____
Monthly Payment: $_____

7. Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, verified by an officer of the prison.)
Yes __XX__   No _____

Name (s) and address (es) of bank: __(Prisoner's Fund)_____

_____

Present balance (s) : $__200.00_____

Do you own any cash?       Yes _____   No __XX__       Amount: $ _____

Do you have any other assets? (If "Yes", provide a description of each asset and its estimated market value) .

Yes _____   No __XX__

_____

8.   What are your monthly expenses?
Rent: $____N/A_____        Utilities: $__N/A_____
Food: $___100.00_____        Clothing: $__N/A_____

Charge Accounts:

Name of Account                Monthly Payment           Total owed On This Account

_____       _____       _____
_____       _____       _____
_____       _____       _____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)
              NO
_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?

Yes _____   No __XX__

Please list the case name (s) and number (s) of the prior lawsuit (s), and the name of the court in which they were filed.

8

_____

_____

*I* declare under the penalty *of* perjury that the *foregoing is true* and correct and *understand* that a *false* statement herein *may* result *in the* dismissal of my claims.


Date: 06-18-08               Signature of Applicant: _____

CERTIFICATE OF FUNDS
IN
PRISONER'S ACCOUNT

I certify that attached hereto are true and correct copies of the prisoner account transactions of

_Son, Thu     6 months     $1,465.96_

at _FCI Elkton, Ohio_

where (s)he is confined.

_____
Authorized Officer of the Institution

10

# Inmate Statement

| Inmate Reg #: | 99976111 | Current Institution: | Elkton FCI |
|---|---|---|---|
| Inmate Name: | SOU, THIN | Housing Unit: | ELK-E-A |
| Report Date: | 04/03/2008 | Living Quarters: | E03-044L |
| Report Time: | 2:30:53 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ELK | 4/2/2008 7:14:10 PM | 33313308 | | | Western Union | $200.00 | | $200.20 |
| ELK | 4/2/2008 12:37:32 PM | TFN0402 | | | Phone Withdrawal | ($1.00) | | $0.20 |
| ELK | 3/20/2008 10:17:49 AM | 11 | | | Sales | ($24.30) | | $1.20 |
| ELK | 3/13/2008 4:31:14 PM | TFN0313 | | | Phone Withdrawal | ($5.00) | | $25.50 |
| ELK | 3/11/2008 2:54:12 PM | TFN0311 | | | Phone Withdrawal | ($8.00) | | $30.50 |
| ELK | 3/10/2008 8:40:26 AM | HIPP0208 | | | Payroll - IPP | $7.56 | | $38.50 |
| ELK | 3/8/2008 12:59:51 PM | TFN0308 | | | Phone Withdrawal | ($10.00) | | $30.94 |
| ELK | 3/4/2008 10:21:50 PM | TFN0304 | | | Phone Withdrawal | ($10.00) | | $40.94 |
| ELK | 3/3/2008 4:41:24 PM | TFN0303 | | | Phone Withdrawal | ($8.00) | | $50.94 |
| ELK | 3/3/2008 3:31:53 PM | HICP0308 | | | Inmate Co-pay | ($2.00) | | $58.94 |
| ELK | 3/2/2008 6:13:13 PM | 33311108 | | | Western Union | $60.00 | | $60.94 |
| ELK | 2/26/2008 6:53:35 PM | TFN0226 | | | Phone Withdrawal | ($10.00) | | $0.94 |
| ELK | 2/25/2008 4:37:25 PM | TFN0225 | | | Phone Withdrawal | ($5.00) | | $10.94 |
| ELK | 2/23/2008 12:56:32 PM | TFN0223 | | | Phone Withdrawal | ($10.00) | | $15.94 |
| ELK | 2/17/2008 1:08:45 PM | TFN0217 | | | Phone Withdrawal | ($5.00) | | $25.94 |
| ELK | 2/10/2008 8:10:48 PM | TFN0210 | | | Phone Withdrawal | ($11.00) | | $30.94 |
| ELK | 2/8/2008 8:53:08 AM | HIPP0108 | | | Payroll - IPP | $4.20 | | $41.94 |
| ELK | 2/7/2008 7:06:13 PM | 101 | | | Sales | ($6.75) | | $37.74 |
| ELK | 2/7/2008 7:02:58 PM | 100 | | | Sales | ($230.45) | | $44.49 |
| ELK | 2/7/2008 4:11:41 PM | 33309408 | | | Western Union | $100.00 | | $274.94 |
| ELK | 2/7/2008 3:48:59 PM | TFN0207 | | | Phone Withdrawal | ($3.00) | | $174.94 |
| ELK | 2/6/2008 5:18:57 PM | TFN0206 | | | Phone Withdrawal | ($3.00) | | $177.94 |
| ELK | 2/3/2008 7:08:34 PM | TFN0203 | | | Phone Withdrawal | ($10.00) | | $180.94 |
| ELK | 2/3/2008 3:19:09 PM | TFN0203 | | | Phone Withdrawal | ($10.00) | | $190.94 |
| ELK | 2/3/2008 2:13:06 PM | 33309108 | | | Western Union | $200.00 | | $200.94 |
| ELK | 1/19/2008 3:05:23 PM | TFN0119 | | | Phone Withdrawal | ($5.00) | | $0.94 |
| ELK | 1/17/2008 2:48:35 PM | 25 | | | Sales | ($95.65) | | $5.94 |
| ELK | 1/15/2008 10:51:09 PM | TFN0115 | | | Phone Withdrawal | ($10.00) | | $101.59 |
| ELK | 1/10/2008 10:45:33 AM | HICP0108 | | | Inmate Co-pay | ($2.00) | | $111.59 |
| ELK | 1/10/2008 10:29:49 AM | 15 | | | Sales | ($93.80) | | $113.59 |
| ELK | 1/10/2008 8:18:06 AM | HIPP1207 | | | Payroll - IPP | $7.20 | | $207.39 |
| ELK | 1/2/2008 7:28:25 PM | 33306808 | | | Western Union | $200.00 | | $200.19 |
| ELK | 12/19/2007 7:45:16 PM | TFN1219 | | | Phone Withdrawal | ($2.00) | | $0.19 |

| Alpha Code | Date/Time | Reference | Description | Amount | Credit | Balance |
|---|---|---|---|---|---|---|
| ELK | 12/19/2007 1:15:46 PM | 22 | Sales | ($37.00) | | $2.19 |
| ELK | 12/16/2007 6:21:28 PM | TFN1216 | Phone Withdrawal | ($3.00) | | $39.19 |
| ELK | 12/12/2007 7:56:23 PM | TFN1212 | Phone Withdrawal | ($6.00) | | $42.19 |
| ELK | 12/10/2007 7:33:28 AM | HIPP1107 | Payroll - IPP | $9.00 | | $48.19 |
| ELK | 12/7/2007 11:06:08 PM | TFN1207 | Phone Withdrawal | ($6.00) | | $39.19 |
| ELK | 12/5/2007 12:51:18 PM | 222 | SPO - Released | | $138.35 | -------- |
| ELK | 12/5/2007 12:51:18 PM | 8 | Sales | ($350.30) | | $45.19 |
| ELK | 12/4/2007 8:47:17 PM | TFN1204 | Phone Withdrawal | ($3.00) | | $395.49 |
| ELK | 12/4/2007 8:27:42 PM | 33304708 | Western Union | $260.00 | | $398.49 |
| ELK | 11/8/2007 5:29:31 PM | TFN1108 | Phone Withdrawal | ($9.00) | | $138.49 |
| ELK | 11/8/2007 2:28:33 PM | HIPP1007 | Payroll - IPP | $9.00 | | $147.49 |
| ELK | 11/8/2007 7:46:48 AM | 222 | SPO | | ($138.35) | -------- |
| ELK | 11/2/2007 12:10:13 AM | HICD1007 - 175 | Debt Encumbrance - Released | | $1.51 | -------- |
| ELK | 11/2/2007 12:10:13 AM | HICD1007 - 154 | Debt Encumbrance - Released | | $0.49 | -------- |
| ELK | 11/2/2007 12:10:13 AM | HICD1007 | Inmate Co-pay | ($2.00) | | $138.49 |
| ELK | 11/1/2007 10:17:21 PM | TFN1101 | Phone Withdrawal | ($10.00) | | $140.49 |
| ELK | 11/1/2007 9:23:06 PM | 33302408 | Western Union | $150.00 | | $150.49 |

1 2

**Total Transactions: 77**

Totals:    $199.45    $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| ELK | $200.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $200.20 |
| Totals: | $200.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $200.20 |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $1,465.96 | $1,356.10 | $57.97 | $200.20 | $23.40 | N/A | N/A |