*E-FILED - 6/23/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff/Respondent,<br><br>　　v.<br><br>THIN EDWARD SOU,<br><br>　　　　Defendant/Movant. | NO. C-08-3072-RMW<br>Related Criminal Case: CR-03-20110-RMW<br><br>ORDER REQUIRING RESPONSE |

　　　Thin Edward Sou moves pursuant to 28 U.S.C. § 2255 to set aside his conviction and to be allowed to accept a 10-year pre-trial plea offer allegedly made by the government. Sou is currently serving a 240- month sentence imposed on October 28, 2005. The basis of his motion is that he was denied his Sixth Amendment right to the effective assistance of counsel when his trial counsel failed to: (1) advise him of a ten-year plea offer; (2) adequately advise him of the advantages of pleading guilty; (3) advise him to plead guilty; (4) adequately investigate relevant sentencing laws; and (5) convey the government's plea offer as it related to the superseding indictment.

　　　Pursuant to Rule 4(b) of the Rules on § 2255 Proceedings, the United States Attorney is ordered to file an answer, motion or other response by July 23, 2010.

Date:  6/23/10

　　　　　　　　　　　　　　　　　　　　　　　　　　　*Ronald M Whyte*
　　　　　　　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE

ORDER REQUIRING RESPONSE
NO. C-08-03072, CR-03-20110-RMW　　　　　　1

1 | United States District Judge

2 | Copy of order mailed to:

3 | John N. Glang, AUSA
Office of the United States Attorney
4 | 150 Almaden Blvd, Suite 900
San Jose, CA 95113
5 | Email: John.Glang@usdoj.gov

6 |     Attorneys for Plaintiff United States of America

7 | Thin Edward Sou
F.C.I. Elkton
8 | P.O. Box 10
Lisbon, OH 44432
9 |     Movant/Defendant

10 | Eric Russell Krebs
Law Offices of Eric R. Krebs
11 | 44 Montgomery Street
Suite 3585
12 | San Francisco, CA 94104
Email: erkrebs@yahoo.com
13 |     Attorney for Defenant