1 JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

2

3 BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

5
    150 Almaden Boulevard, Suite 900    ***E-FILED - 7/14/10***
6     San Jose, California 95113
    Telephone: (408)-535-5084
7     Facsimile: (408)-535-5066
    E-Mail:  John.Glang@usdoj.gov
8
Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                           SAN JOSE DIVISION

13
UNITED STATES OF AMERICA,    )   No. C-08-3072-RMW
14                                  )   Related Criminal case: CR-03-20110-RMW
        Plaintiff,                            )
15                                  )
  v.                                             )   [] ORDER FINDING WAIVER
16                                  )   OF PRIVILEGE AND ALLOWING
THIN EDWARD SOU,                    )   DEFENSE COUNSEL TO DISCUSS
17                                  )   DEFENDANT'S CLAIMS WITH THE
        Defendant.                          )   GOVERNMENT AND TO PROVIDE
18                                  )   DECLARATION TO THE COURT

19

20       Good cause appearing, the Court hereby finds that the defendant's Motion to Vacate, Set

21 Aside, or Correct Sentence filed pursuant to 28 U.S.C. § 2255 waived the attorney-client

22 privilege between the defendant and prior defense counsel James Ramsaur with regard to all

23 matters raised in the defendant's motion.  IT IS HEREBY ORDERED that prior defense counsel

24 James Ramsaur may discuss the claims raised in the defendant's § 2255 motion with the

25 ///

26 ///

27 ///

28 ///

1  government and may file a Declaration with the court detailing his conversations with the
2  defendant and his advice to him on all claims raised in the defendant's § 2255 motion.

3  IT IS SO ORDERED.

5  DATED:  7/14/10

*Ronald M. Whyte*

HON. RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE