*E-FILED - 7/29/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THIN EDWARD SOU, ) <br> ) <br> Defendant. ) <br> ) | No.   C-08-3072-RMW <br> Related criminal case CR-03-20110-RMW <br><br> [] ORDER EXTENDING PERIOD OF TIME FOR GOVERNMENT TO RESPOND TO DEFENDANT'S § 2255 MOTION |

Upon the request of the United States, and upon the good cause shown in the Declaration of John N. Glang filed on July 16, 2010, the Court orders that the United States may reply to the Defendant's motion filed under 28 U.S.C. § 2255 on or before Friday, September 24, 2010.

**IT IS SO ORDERED.**

Dated: 7/27/10

_____
RONALD M. WHYTE
United States District Judge