1

2

3

4

5                                              *E-FILED - 1/3/13*

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          NO. C-08-3072-RMW
                                        Related Criminal Case: CR-03-20110-RMW
12              Plaintiff/Respondent,
                                        ORDER DENYING MOTION FOR
13        v.                            RECONSIDERATION AND MOTION FOR
                                        LEAVE TO FILE MOTION FOR
14   THIN EDWARD SOU,                   RECONSIDERATION

15              Defendant/Movant.

16

17        Thin Edward Sou moves *pro se* for reconsideration or for leave to file a motion for

18   reconsideration of the court's denial of his motion attacking his sentence.  Although petitioner was

19   represented at the hearing on his § 2255 motion, he has filed the current motion *pro se*.  His apparent

20   reason for filing *pro se* is that he wanted to insure timeliness of the motion.  The court has

21   considered the motion for reconsideration or leave to file a motion for reconsideration and hereby

22   denies the motion.

23

24   Dated: 1/3/13

25

26                                        RONALD M. WHYTE
                                          United States District Judge
27

28

ORDER DENYING MOTION FOR RECONSIDERATION
NO. C-08-03072, CR-03-20110-RMW                    1

1

2
*Copy of Order Mailed Electronically to:*

3
John N. Glang, AUSA
Office of the United States Attorney
150 Almaden Blvd, Suite 900

4
San Jose, CA 95113
Email: John.Glang@usdoj.gov

5
     Attorneys for Plaintiff United States of America

6
Eric Russell Krebs

7
Law Offices of Eric R. Krebs
44 Montgomery Street

8
Suite 3585
San Francisco, CA 94104

9
Email: erkrebs@yahoo.com

     Attorney for Defendant

10

11
*Copy of Order Mailed on 1/3/13 to:*

12
Thin Edward Sou
F.C.I. Elkton

13
P.O. Box 10
Lisbon, OH 44432

14
     Movant/Defendant

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER DENYING MOTION FOR RECONSIDERATION
NO. C-08-03072, CR-03-20110-RMW        2